## No. 8373.

### J. Bataille vs. A. Ribet.

An agent without compensation is bound to use prudence in administration only, and cannot be held liable for losses which such administration could not avail.

## No. 8886.

### The State ex rel. H. N. McCrea vs. Livaudais, Judge, etc.

A District Judge who orders a case to be removed from the jury to the court docket, does not exceed the bounds of his jurisdiction. A Prohibition is not the proper remedy to prevent him from trying the case.

## No. 8893.

### The State ex rel. Doran vs. Lazarus, Judge, etc.

A mandamus does not lie to compel an inferior Judge to render a particular judgment.

## MONROE.

### No. 1099.

### Mrs. H. Rush vs. G. B. Rush, Administrator.

The widow in community is not required to give bond as usufructuary of the community property.

## OPELOUSAS.

### No. 1168.

### The State vs. Moses White.

Criminal case.

The record establishes a fair trial, legal conviction and proper sentence. The judgment is affirmed.

## No. 1171.

### The State vs. Henry Dickenson.

Criminal case.

The record presenting no suggestion of error, and none being assigned in this Court, the judgment is affirmed.

## No. 1192.

### M. Billiaud vs. Morgan's R. R. Co.

This case presents the same issue as that of St. Julien vs. Morgan Louisiana & Texas R. R. Co., recently decided and reported.